# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SILLETTE SHELLER-PAIRE as )
Personal Representative for the Estate of )
Dante A. Paire, )
           )
          Plaintiff, )
           )
          v. )    Civil Case No. 11-1043 (RJL)
           )
HONORABLE VINCENT GRAY, )
MAYOR FOR THE DISTRICT OF )
COLUMBIA, *et al.*, )
           )
           )
          Defendants. )

## ORDER AND FINAL JUDGMENT
(August 27, 2012)

For the reasons stated in the accompanying Memorandum Opinion, it is this 27th

day of August 2012,

**ORDERED** that defendants' Motion to Dismiss the Complaint [Dkt. #4] is

**GRANTED**; and it is further

**ORDERED** that judgment is entered for the defendants. This is a final appealable

order.

                                  RICHARD J. LEON
                                  United States District Judge

1